| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) WERLEIN, JR., EWING | 2. Court or Organization USDC/SO. DIST. TEXAS | 3. Date of Report 09/20/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) DISTRICT JUDGE - SENIOR STATUS | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 1/1/2011 to 12/31/2011 |

**7. Chambers or Office Address**

515 RUSK AVENUE, ROOM 11521
HOUSTON, TX 77002-2605

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director & Chairperson | The Methodist Hospital, Houston, Texas |
| 2. As Chairperson of TMH Board, director ex officio w/vote of following: | Medvest Holdings, Inc.; Methodist Health Centers; Methodist International; (cont'd in Note (1) in Part VIII) |
| 3. As Chairman of TMH Board, director ex officio w/o vote of following: | Diagnostic Center Hospital Corp. of Texas; Medvest Inc. (cont'd in Note (2) in Part VIII) |
| 4. Executor | Estate No. 1 (See Part VIII, Note 5) |
| 5. Trustee | Trust No. 2 |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 09/20/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Methodist Hospital | Sept. 21, 2011 | New York, New York | Attending meeting at Weill Cornell Med. College in behalf of The Methodist Hospital | Meals, hotel, transportation |
| 2. | The Methodist Hospital | Dec. 6, 2011 | New York, New York | Attending meeting at Weill Cornell Med. College in behalf of The Methodist Hospital | Meals, hotel, transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 09/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Halliburton com. | A | Dividend | L | T | | | | | |
| 2. Halliburton com. | A | Dividend | K | T | | | | | |
| 3. BP PLC, ADR | B | Dividend | K | T | | | | | |
| 4. Exxon Mobil com. | D | Dividend | N | T | | | | | |
| 5. Anadarko Petroleum Corp. com. | A | Dividend | K | T | | | | | |
| 6. Wal-Mart Stores com. | A | Dividend | J | T | | | | | |
| 7. Exxon-Mobil com. | B | Dividend | L | T | | | | | |
| 8. Johnson & Johnson, com. | D | Dividend | M | T | | | | | |
| 9. Conoco Phillips, com. | C | Dividend | M | T | | | | | |
| 10. Texas Capital Bankshares, com. | | None | M | T | | | | | |
| 11. HCP Inc., com. | A | Dividend | J | T | | | | | |
| 12. CNL Lifestyle Props Inc. units | | None | K | V | | | | | See note (3) in Part VIII |
| 13. Hines REIT, units | A | Dividend | J | V | | | | | See note (3) in Part VIII |
| 14. AT&T, com. | C | Dividend | L | T | | | | | |
| 15. Bristol-Myers Squibb, com. | A | Dividend | K | T | | | | | |
| 16. Berkshire Hathaway CL B com. | | None | K | T | | | | | |
| 17. Cisco Systems, com. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 09/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Comcast Corp. Class A | A | Dividend | J | T | | | | | |
| 19. Dean Foods Co., com. | | None | J | T | | | | | |
| 20. Goodyear, com. | | None | J | T | | | | | |
| 21. Hewlett Packard, com. | A | Dividend | J | T | | | | | |
| 22. Intel Corp., com. | B | Dividend | K | T | | | | | |
| 23. IBM, com. | B | Dividend | L | T | | | | | |
| 24. JP Morgan Chase, com. | A | Dividend | J | T | | | | | |
| 25. LSI Corp., com. | | None | J | T | | | | | |
| 26. Pepsico, Inc., com. | A | Dividend | K | T | | | | | |
| 27. Target Corp., com. | A | Dividend | K | T | | | | | |
| 28. Treehouse Foods, com. | | None | J | T | | | | | |
| 29. Zimmer Holdings, Inc., com. | | None | J | T | | | | | |
| 30. Kinder Morgan Inc., com. | A | Dividend | K | T | Buy | 02/11/11 | K | | |
| 31. Sector SPDR Financial, com. | A | Dividend | J | T | Buy | 02/01/11 | J | | |
| 32. | | | | | Buy (add'l) | 02/23/11 | J | | |
| 33. MUTUAL FUNDS: | | | | | | | | | |
| 34. Fidelity MM Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 09/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Low Price Stock | E | Dividend | O | T | | | | | |
| 36. Fidelity Contrafund | B | Dividend | N | T | | | | | |
| 37. Fidelity Mid-Cap Stock | E | Dividend | N | T | | | | | |
| 38. American Century Inter Term Tax-Free Bond | A | Interest | K | T | | | | | |
| 39. Loomis Sayles Bond Fund Retail | B | Dividend | K | T | | | | | |
| 40. Thornburg Internat'l Value | A | Dividend | J | T | | | | | |
| 41. Harris Oakmark Fund (fka Oakmark Fund) | A | Dividend | K | T | | | | | |
| 42. Clipper Fund | A | Dividend | K | T | | | | | |
| 43. FMI Large Cap Fund | B | Dividend | K | T | | | | | |
| 44. Harbor Capital Appreciation Fund | | None | K | T | | | | | |
| 45. Harris Oakmark Global Select Fund Class 1 (fka Oakmark | | None | K | T | | | | | |
| 46. Global Select Fund Class 1) | | | | | | | | | |
| 47. Pimco High Yield Fund Class D | A | Dividend | J | T | | | | | |
| 48. Touchstone Sands Capital Select | | None | K | T | | | | | |
| 49. Vanguard Prime MM Fund | A | Dividend | M | T | | | | | |
| 50. JP Morgan High Yield Bond Fund | C | Dividend | K | T | | | | | |
| 51. Pimco Emerging Local Bond Fund | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 09/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Pimco Unconstrained Bond Fund Class D | A | Dividend | K | T | | | | | |
| 53. Nuveen Mun. Mkt. Oppor. Fund | A | Dividend | J | T | | | | | |
| 54. ATM Investco Van Kampen Small Cap CL A (fka Investco Special | D | Dividend | K | T | | | | | |
| 55. Value CL A) | | | | | | | | | |
| 56. Insured Bank Dep. Sweep Prog.-Morgan Stanley Bank NA | A | Interest | J | T | | | | | |
| 57. BONDS and U.S. TREASURY NOTES: | | | | | | | | | |
| 58. Lower Colo. Riv. Auth. Tex. | A | Interest | | | Redeemed | 01/03/11 | J | | |
| 59. Montgomery Co. Pa. Hghr. Ed. | A | Interest | | | Redeemed | 10/03/11 | J | | |
| 60. Meriden Conn. G10 Bonds | A | Interest | | | Redeemed | 08/01/11 | K | | |
| 61. Mission TX Cons. Indpt. Sch. Dist. | A | Interest | | | Redeemed | 02/18/11 | J | A | |
| 62. Austin ISD Tex. U/T Ref. Ser. A | A | Interest | K | T | | | | | |
| 63. Univ Tex Perm Univ FD RFDG Ser. B | B | Interest | K | T | | | | | |
| 64. Pearland TX Indpt Sch Dist Ser A U/T B/ EDD | A | Interest | K | T | | | | | |
| 65. ACCOUNTS IN FINANCIAL INST: | | | | | | | | | |
| 66. Northern Trust Bank, Houston, check. acct. | | None | J | T | | | | | |
| 67. Bank of America, Houston, TX (Accounts) | B | Interest | N | T | | | | | |
| 68. Comerica Bank, Houston (accts) | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ML Bank Deposit Program | A | Interest | L | T | Open | 01/04/11 | L | | |
| 70. REAL ESTATE: | | | | | | | | | |
| 71. Condo-Larimer County, CO | E | Rent | N | W | | | | | |
| 72. Working Interest-Cabot U., Andrews County, TX | D | Royalty | K | W | | | | | |
| 73. Royalty Interest, Ector County, TX | A | Royalty | J | W | | | | | |
| 74. Royalty Interest, Wheeler County, TX | A | Royalty | J | W | | | | | |
| 75. Royalty Interest, Martin County, TX | A | Royalty | J | W | | | | | |
| 76. Royalty Interest, Glasscock County, TX | D | Royalty | J | W | | | | | |
| 77. Royalty Interest, Glasscock County, TX Payor: Laredo Pet. Co | C | Rent | | | | | | | |
| 78. Fractional int. in real property, Kerr County, TX | A | Rent | L | W | | | | | |
| 79. Royalty Int. (Pioneer), Martin County, TX (X) | D | Royalty | K | W | | | | | |
| 80. Royalty Int. (Linn), Martin County, TX (X) | D | Royalty | K | W | | | | | |
| 81. Oil & Gas Rental, Austin County, TX (X) | A | Rent | J | W | | | | | |
| 82. RETIREMENT & IRA ACCOUNTS: | | | | | | | | | |
| 83. IRA Acct: John Hancock Ind. Ret.Annuity | | None | K | V | | | | | See Note-Part VIII |
| 84. IRA Acct: CGM Focus Fund | | None | K | T | | | | | |
| 85. IRA ROLLOVER ACCOUNT: All entries that follow from Lines 89 | F | Int./Div. | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 09/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. through 136 were under the discretionary | | | | | | | | | |
| 87. management of a registered investment mgr until 1/12, when | | | | | | | | | |
| 88. undersigned converted acct. to self-directed IRA: | | | | | | | | | |
| 89. --Pfizer Inc., com. | | | | | | | | | |
| 90. --Altria Group, com. | | | | | Sold | 01/18/11 | K | E | |
| 91. --Bank of America FDIC Ins. Deposit (formerly Schwab MM) | | | | | | | | | |
| 92. --Comcast Corp. New Cl. A | | | | | | | | | |
| 93. --Consol. Energy, com. | | | | | | | | | |
| 94. --Leucadia Natl Corp., com. | | | | | | | | | |
| 95. --NVR Inc., com. | | | | | Sold | 12/29/11 | L | | |
| 96. --Key Energy Serv., com. | | | | | | | | | |
| 97. --RLI Corp., com. | | | | | Sold | 01/18/11 | K | D | |
| 98. --Berkshire Hathaway CL B | | | | | | | | | |
| 99. --Amer. Eagle Outfitters New, com. | | | | | Sold | 01/18/11 | L | | |
| 100. --Home Depot, com. | | | | | | | | | |
| 101. --Tyco Int'l Ltd., com. | | | | | | | | | |
| 102. --Tower Group Inc., com | | | | | Sold | 01/18/11 | K | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| WERLEIN, JR., EWING | 09/20/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  --Coleman Cable Inc., com. | | | | | Sold | 01/18/11 | K | | |
| 104.  --Johnson & Johnson, com. | | | | | Sold | 01/18/11 | K | A | |
| 105.  --Kraft Foods Inc., com. | | | | | Sold | 01/18/11 | K | D | |
| 106.  --Sherwin Williams Co., com. | | | | | | | | | |
| 107.  --Republic Srvcs, com. | | | | | Sold | 01/18/11 | K | D | |
| 108.  --Boston Priv. Finl Hldg, com. | | | | | | | | | |
| 109.  --Horsehead Hldg Corp., com. | | | | | Sold | 01/18/11 | K | | |
| 110.  --Illinois Tool Works, com. | | | | | Sold | 12/28/11 | K | | |
| 111.  --Kohls Corp., com. | | | | | Sold | 01/18/11 | K | D | |
| 112.  --Microsoft, com. | | | | | | | | | |
| 113.  --Myr Group, com. | | | | | | | | | |
| 114.  --Orion Marine Group, com. | | | | | Sold | 01/18/11 | K | C | |
| 115.  --Stryker Corp., com. | | | | | | | | | |
| 116.  --Synovus Financial, com. | | | | | Sold | 01/18/11 | J | | |
| 117.  --Wellpoint, Inc., com. | | | | | | | | | |
| 118.  --Philip Morris Intl, com. | | | | | Sold | 01/18/11 | K | E | |
| 119.  --Cablevision Sys., com. | | | | | Sold | 01/18/11 | L | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 09/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --Thermo Fish. Sc., com. | | | | | | | | | |
| 121. --Procter & Gamble, com. | | | | | Sold | 01/18/11 | K | D | |
| 122. --Kroger, com. | | | | | Sold | 01/18/11 | K | | |
| 123. --Northern O&G, com. | | | | | Sold | 01/21/11 | L | E | |
| 124. --Amer. River Banksh., com. | | | | | Sold | 12/28/11 | K | | |
| 125. --Liberty Media Corp. A, com. | | | | | Sold | 01/18/11 | J | C | |
| 126. --Fairfax Fin. Hldgs, com. | | | | | Sold | 01/18/11 | K | C | |
| 127. --Madison Sq. Garden, com. | | | | | | | | | |
| 128. --Orchids Paper Prods., com. | | | | | Sold | 01/18/11 | K | | |
| 129. --Unitek Global Svcds, com. | | | | | Sold | 01/18/11 | K | A | |
| 130. --Fairholme Fund, com. | | | | | Buy | 01/21/11 | M | | |
| 131. | | | | | Sold | 12/28/11 | M | | |
| 132. --Fidelity Low Priced Stock | | | | | Buy | 01/21/11 | M | | |
| 133. | | | | | Buy (add'l) | 12/30/11 | L | | |
| 134. --Fidelity Small Cap Disc. Fund | | | | | Buy | 12/30/11 | M | | |
| 135. --Yacktman Fund | | | | | Buy | 12/21/11 | M | | |
| 136. | | | | | Buy (add'l) | 12/30/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 09/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. IRA ROLLOVER ACCT NO. 2. All entries that follow from lines | G | Int./Div. | P1 | T | | | | | |
| 138. 142 thru 214 are under the full discretionary management of | | | | | | | | | |
| 139. a registered investment manager. | | | | | | | | | |
| 140. FEDERAL AGENCY BONDS, NOTES, AND MORTGAGES in | | | | | | | | | |
| 141. IRA ROLLOVER ACCT NO. 2: | | | | | | | | | |
| 142. --Federal Natl Mtg Assoc Sub Notes due 02/11 | | | | | Redeemed | 02/01/11 | L | | |
| 143. --U.S. Treasury Bill due 12/15/11 | | | | | Redeemed | 12/15/11 | L | | |
| 144. --U.S. Treasury Bill due 12/15/11 | | | | | Buy | 01/14/11 | L | | |
| 145. | | | | | Redeemed | 12/15/11 | L | | |
| 146. CORPORATE BONDS/NOTES IN IRA ROLLOVER ACCT #2: | | | | | | | | | |
| 147. --Citigroup Inc. Senior Notes | | | | | Redeemed | 01/18/11 | L | A | |
| 148. --Target Corp. Notes | | | | | Redeemed | 01/15/11 | L | A | |
| 149. --AT&T Notes | | | | | | | | | |
| 150. --Conoco Phillips Notes | | | | | | | | | |
| 151. --Amgen Inc. Notes | | | | | | | | | |
| 152. --Hewlett Packard Notes | | | | | | | | | |
| 153. --Medtronic Inc. Notes | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 09/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --Procter & Gamble Notes | | | | | | | | | |
| 155. --Wells Fargo MT Notes | | | | | | | | | |
| 156. --Morgan Stanley Notes | | | | | | | | | |
| 157. --Bank of America Note due 9/1/15 | | | | | | | | | |
| 158. --JPMorgan Chase & Co. Notes due 01/15/16 | | | | | Buy | 01/13/11 | L | | |
| 159. --State Street Corp. Notes due 3/7/16 | | | | | Buy | 03/02/11 | L | | |
| 160. EQUITIES IN IRA ROLLOVER ACCT #2: | | | | | | | | | |
| 161. --American Express, com. | | | | | | | | | |
| 162. --ChevronTexaco, com. | | | | | | | | | |
| 163. --KO, com. | | | | | | | | | |
| 164. --Exxon Mobil, com. | | | | | | | | | |
| 165. --GE, com. | | | | | | | | | |
| 166. --INTC, com. | | | | | | | | | |
| 167. --J.P. Morgan Chase, com. | | | | | | | | | |
| 168. --JNJ, com. | | | | | Sold (part) | 09/13/11 | J | B | |
| 169. --Merck, com. | | | | | | | | | |
| 170. --PEP, com. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 09/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. --WMT, com. | | | | | | | | | |
| 172. --Walgreen, com. | | | | | | | | | |
| 173. --McGraw-Hill, Inc., com. | | | | | | | | | |
| 174. --Microsoft Corp., com. | | | | | | | | | |
| 175. --Altria Group, com. | | | | | | | | | |
| 176. --Bank of America, com. | | | | | Sold | 09/13/11 | J | | |
| 177. --Automatic Data Proc., com. | | | | | | | | | |
| 178. --HSBC Hldg PLC, com. | | | | | | | | | |
| 179. --Occidental Pete Corp. Cal., com. | | | | | Buy (add'l) | 09/13/11 | J | | |
| 180. --Caterpillar, Inc., com. | | | | | | | | | |
| 181. --Halliburton Co., com. | | | | | Sold | 09/13/11 | J | B | |
| 182. --Home Depot, Inc., com. | | | | | Sold | 09/13/11 | J | | |
| 183. --Praxair Inc., com. | | | | | | | | | |
| 184. --Proctor & Gamble., com. | | | | | | | | | |
| 185. --Target Corp., com. | | | | | | | | | |
| 186. --United Technologies Corp., com. | | | | | | | | | |
| 187. --Cisco Systems Inc., com. | | | | | Sold | 09/13/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 09/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. --Medtronic Inc., com. | | | | | | | | | |
| 189. --Microchip Tech., Inc., com. | | | | | Sold | 09/13/11 | J | | |
| 190. --Texas Instruments, com. | | | | | | | | | |
| 191. --Kraft Foods Inc., com. | | | | | | | | | |
| 192. --Abbott Labs, com. | | | | | | | | | |
| 193. --Rio Tinto PLC, com. | | | | | | | | | |
| 194. --Fomento Ecnmco Mex., com. | | | | | Sold | 09/13/11 | K | D | |
| 195. --Freeprt. McMoran CPR & Gold, com. | | | | | Buy (add'l) | 09/13/11 | J | | |
| 196. --Genl Dynamics Corp., com. | | | | | | | | | |
| 197. --McDonalds, com. | | | | | | | | | |
| 198. --Philip Morris Intl, com. | | | | | | | | | |
| 199. --Total SA., com. | | | | | Buy (add'l) | 09/13/11 | K | | |
| 200. --Becton Dickinson, com. | | | | | | | | | |
| 201. --IBM, com. | | | | | | | | | |
| 202. --Nestle Sponsored ADR, com. | | | | | | | | | |
| 203. --Roche Holdings Ltd. Spon. ADR, com. | | | | | | | | | |
| 204. --Franklin Resources, com. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. --Intuitive Surgical, com. | | | | | | | | | |
| 206. --Walt Disney Co., com. | | | | | | | | | |
| 207. --Air Products & Chems., com. | | | | | Buy (add'l) | 09/13/11 | J | | |
| 208. --Arcos Dorados Hldgs., com. | | | | | Buy | 09/13/11 | J | | |
| 209. --Black Rock, com. | | | | | Buy | 09/13/11 | J | | |
| 210. --Novo Nordisk AS ADR, com. | | | | | Buy | 09/13/11 | K | | |
| 211. --Time Warner Cable, com. | | | | | Buy | 09/13/11 | J | | |
| 212. CASH ACCOUNTS IN IRA ROLLOVER ACCT NO. 2: | | | | | | | | | |
| 213. --Regions FDIC | | | | | | | | | |
| 214. --Dreyfus Govt Money | | | | | | | | | |
| 215. IRA ROLLOVER NO. 3: | E | Int./Div. | P1 | T | | | | | |
| 216. --FIA Card Services cash acct | | | | | | | | | |
| 217. --ML cash account | | | | | | | | | |
| 218. --Pimco Total Return Fund | | | | | Buy (add'l) | 08/17/11 | L | | |
| 219. --Vista Bank, TX (CD) | | | | | | | | | |
| 220. --First Bank, Puerto Rico (CDs) | | | | | | | | | |
| 221. --Bank of America MM | | | | | Closed | 08/15/11 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. --Lord Abbott Short Fund | | | | | Buy (add'l) | 08/17/11 | L | | |
| 223. --IShares Barclays TIPS BO | | | | | Buy | 08/16/11 | M | | |
| 224. FAMILY ESTATE NO. 1 (X): | | None | J | T | | | | | See Note-Part VIII |
| 225. --Real Property, Kerr County, TX | | | | | | | | | |
| 226. TRUST NO. 2: | D | Dividend | O | T | | | | | |
| 227. --Fidelity MM | | | | | | | | | |
| 228. --Fidelity Low Price Stock | | | | | | | | | |
| 229. --Yacktman Fund | | | | | Buy (add'l) | 01/04/11 | L | | |
| 230. | | | | | Buy (add'l) | 12/30/11 | L | | |
| 231. --Spartan Total Market Index Fund | | | | | Sold | 12/30/11 | M | | |
| 232. --Fidelity Small Cap Discovery Fund | | | | | Buy (add'l) | 12/30/11 | K | | |
| 233. --Fairholme Fund | | | | | Buy | 01/16/11 | L | | |
| 234. | | | | | Sold | 12/28/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| WERLEIN, JR., EWING | 09/20/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

(1) Part I POSITIONS, line 2, also the following subsidiaries: The Methodist Hospital Foundation; The Methodist Hospital Research Institute, TMH Health Care Group, and TMH Medical Office Buildings Condominium Association

(2) Part I POSITIONS, line 3, also the following subsidiaries: Methodist Willowbrook Medical Office Bldgs Condominium Association; Methodist Willowbrook Medical Office Bldgs II Condominium Association; San Jacinto Methodist-Alexander Condominium Association; San Jacinto Methodist Hospital; SJMH Condominium Association; The Methodist Hospital Condominium Association; TMH Medical Office Buildings; and Methodist West Houston Condominium Association.

(3) Part VII, page 4, lines 12 & 13: the year-end values of CNL Lifestyle Props. Inc. units, and Hines REIT, which are real estate REITS that are not publicly traded, are derived from the issuers' estimates of value at year end.

(4) Part VII, page 8, line 83: The year-end value of IRA account in John Hancock Ind. Retirement Annuity, which is not publicly traded, was provided by John Hancock Life Ins. Co.

(5) Part VII, page 17, line 224: Estate No. 1████████ was accurately reported as distributed to the Estate's beneficiaries by 12/30/10, but because a small non-interest bearing account remains for purchase of a gravestone for the deceased, this item is not deleted.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ EWING WERLEIN, JR.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544